IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUIS HERRERA, DANILO VELASQUEZ, and GIOVANNI HERNANDEZ, *et al.*<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER GRANTING EXTENSION FOR LATE-ADDED DEFENDANTS TO CHALLENGE PRIOR ORDERS** |

　　　In this RICO gang prosecution, the third superceding indictment added three new defendants including Luis Herrera, Danilo Velasquez and Giovanni Hernandez. The final scheduling order held that all prior rulings (such as the *Brady* order) would apply to these new defendants unless they filed motions for different rulings by January 29, 2010, stating with particularity the evidence or reasons for a modified ruling (Dkt. No. 998). They now move for an extension of this deadline until February 22, 2010. Their motion is **GRANTED IN PART**. Their motions must be filed no later than **NOON ON FEBRUARY 8, 2010.** The government's oppositions to these motions must be filed no later than **NOON ON FEBRUARY 22, 2010.** Any replies must be filed no later than **NOON ON MARCH 1, 2010.** These motions shall be heard during the previously-scheduled hearing in this matter on **MARCH 8, 2010.**

　　　**IT IS SO ORDERED.**

Dated: January 28, 2010.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE