JENNIFER SCHWARTZ (SBN 135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 4th St, Suite 307
San Rafael, CA 94901
(415) 460-2888 Tel.
(415) 460-2730 Fax

JASON S. NELSON (SBN 233510)
THE NELSON DEFENSE FIRM
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
(415) 388-4606 Tel.
(415) 388-4612 Fax

Attorneys for Defendant
DANILO VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-730 WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE EXHIBITS B, C AND D IN SUPPORT OF DANILO VELASQUEZ'S MOTION TO SUPPRESS EVIDENCE AND TO TRAVERSE WARRANT UNDER SEAL |
| vs. | |
| DANILO VELASQUEZ, | |
| Defendant. | [FILED UNDER SEAL] |

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Exhibits B, C and D in Support of Danilo Velasquez's Motion to Suppress Evidence and to Traverse Warrant and Motion to Unseal Redacted Portions of Warrant be filed under seal.

~~IT IS FURTHER ORDERED that this document and~~ IT IS SO ORDERED ~~be filed under seal.~~

Judge William Alsup

Dated: August 2, 2010

United States District Court
Northern District of California

[Proposed] Order to File Exhibits Under Seal