IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANILO VELASQUEZ,<br><br>　　　　Defendant. | Case No.: CR 08-730 WHA<br><br>[~~PROPOSED~~] **ORDER RE HEARING AND BRIEFING SCHEDULE AS TO DEFENDANT VELASQUEZ'S MOTION TO SUPPRESS EVIDENCE OBTAINED THROUGH ISSUANCE OF FEDERAL WARRANTS** |

IT IS HEREBY ORDERED that a hearing on Defendant Velasquez's Motion To Suppress Evidence Obtained Through Issuance Of Federal Warrants shall be held on October 19, 2010 at 2:00 p.m.  The briefing schedule for the motion shall be as follows:

　　**Motion To Suppress:  Due September 21, by noon.**

　　**Opposition:　Due October 5, 2010, by noon.**

　　**Reply:　Due October 12, 2010, by noon.**

At the parties' request, the motion to suppress the state warrants will be heard on the same date.

　　SO ORDERED.

Dated: August 30, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
United States District Court
Northern District of California