IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANILO VELASQUEZ, *et al*.,<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE EXHIBITS B AND C TO DEFENDANT VELASQUEZ'S MOTION TO SUPPRESS RE STATE WARRANTS** |

In support of his motion to suppress evidence seized pursuant to state search warrants, defendant Danilo Velasquez submitted copies of search warrant affidavits dated May 13 and May 26, 2009 (Nelson Decl. Exhs. B, C). After the submission of these search warrant affidavits to the undersigned, the government produced less-redacted versions of the affidavits to defense counsel (Dkt. No. 2129 at 5 n.3). The undersigned has not been provided copies of these less-redacted affidavits. Defense counsel is requested to submit copies of these affidavits by **FRIDAY, OCTOBER 15** at **NOON**.

**IT IS SO ORDERED.**

Dated: October 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE