IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILO VELASQUEZ, *et al*.,<br><br>Defendants.<br>/ | No. CR 08-0730 WHA<br><br>**NOTICE RE DEFENDANT VELASQUEZ'S REQUEST FOR MODIFICATION OF UPDATED SCHEDULING ORDER** |

Defendant Danilo Velasquez moves for modification of the updated scheduling order to delete the last paragraph of Section 3, which states: "It is presumed that the government has disclosed all experts, including those only concerning any or all of the six formerly death-eligible defendants. If this is incorrect, the government must say so by November 10 at Noon, stating particulars" (Dkt. Nos. 2513, 2527).

As stated at the November 5 hearing, requests must be brought by proper motion. To clarify, however, the paragraph in question does *not* open the door for the government to disclose new experts that would apply to defendants who were not eligible for the death penalty. This provision only requests clarification regarding whether the government intends to disclose experts that it purports only apply to the formerly death eligible defendants, for whom the disclosure deadline would not have yet passed under the previous scheduling order had the government filed a notice of intent to seek the death penalty (Dkt. No. 1921 at 9).

Dated: November 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE