UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN CERNA et al.,<br><br>    Defendants. | Case No.: CR 08-730 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE SUPPLEMENTAL DECLARATION OF JENNIFER SCHWARTZ, EXHIBIT B TO DEFENDANT VELASQUEZ'S MOTION TO SEVER FOR TRIAL, UNDER SEAL |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Supplemental Declaration of Jennifer Schwartz, Exhibit B to Defendant Velasquez's Motion To Sever For Trial, ~~and this Order,~~ be filed under seal.

SO ORDERED:

Dated: December 14, 2010.

_____
Honorable William H. Alsup
United States District Court