UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IVAN CERNA, et al.,<br><br>    Defendants. | Case No.: CR 08-730 WHA<br><br>[PROPOSED] **ORDER GRANTING MOTION TO FILE EXHIBIT A TO DEFENDANT VELASQUEZ'S RENEWED MOTION TO SEVER FOR TRIAL AND NOTICE OF INABILITY TO COMPLY WITH COURT DEADLINES UNDER SEAL** |

IT IS HEREBY ORDERED, that the Declaration of Jennifer Schwartz, Exhibit A to Defendant Velasquez's Renewed Motion To Sever For Trial And Notice Of Inability To Comply With Court Deadlines (Dkt. 3032) and this Order be filed under seal.

SO ORDERED.

Dated: January 21, 2011.

_____
Honorable William H. Alsup
United States District Court