**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE PRETRIAL CONFERENCE AND TRIAL DATE FOR DEFENDANTS NOT PROCEEDING TO APRIL 4 TRIAL** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

The trial date for all remaining defendants not proceeding to trial on April 4 will be **MONDAY, OCTOBER 17, 2011**. This includes defendants Danilo Velasquez, Luis Herrera, Manuel Franco, and Daniel Portillo.

The final pretrial conference will be held on **MONDAY, OCTOBER 3 AT 7:30 A.M.** As stated in a prior order, a status conference for these defendants will be held on **JUNE 28 AT 2 P.M.**

Dated: March 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE