IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                       / | No. CR 08-0730 WHA<br><br>**NOTICE RE ATTENDANCE AT COURT PROCEEDINGS BY DEFENDANTS NOT PROCEEDING TO TRIAL ON APRIL 4** |

    Until the end of the April 4 trial, the Court and the USMS do not have the facilities and infrastructure necessary to routinely bring the severed defendants — Danilo Velasquez, Manuel Franco, and Luis Herrera — to court as spectators to proceedings for which they are not required to attend under the Sixth Amendment.[*]

    As such, the severed defendants will not attend trial or pretrial proceedings unless their counsel demonstrates a need for their presence and makes this showing far enough in advance so that the necessary arrangements can by made by the Court and the USMS.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

  *  Defendant Daniel Portillo was also severed but is hospitalized in the custody of the Attorney General due to the his present incompetence to stand trial.