IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER CONTINUING STATUS CONFERENCE FOR SEVERED DEFENDANTS MANUEL FRANCO, LUIS HERRERA, DANIEL PORTILLO, AND DANILO VELASQUEZ** |

On March 9, a status conference for all severed defendants was scheduled for June 28. This status conference is continued to **WEDNESDAY, AUGUST 3 AT 2 P.M.**

**IT IS SO ORDERED.**

Dated: June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE