IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>     Defendants.<br>                                                                / | No. CR 08-0730 WHA<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT RESPONSE TO DEFENDANT VELASQUEZ'S RECONSIDERATION APPLICATION** |

On June 10, 2011, defendant Danilo Velasquez moved to suppress statements he made to the police on July 8, 2009 (Dkt. No. 4443). This motion was denied as untimely and the hearing on the suppression motion was vacated (Dkt. No. 4496). Defendant Velasquez, however, was invited to file a reconsideration application if his suppression motion was based on new material unavailable before the July 2010 suppression motion deadline. Per this invitation, defendant Velasquez has filed a reconsideration application, setting forth his arguments for why his suppression motion should not be considered untimely (Dkt. No. 4557).

The government is to file a response to defendant Velasquez's reconsideration application by **FRIDAY, JULY 8 AT 5 P.M.** The response should make sure to respond to defendant Velasquez's argument that the Court is required to make a voluntariness determination before it can admit the challenged statements at trial (*see id*. at 7).

Dated: June 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE