IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANILO VELASQUEZ, *et al.*<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. CR 08-0730 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR SFPD'S OBJECTION TO PORTION OF JUNE 23 SUBPOENA** ***DUCES TECUM*** |

　　　　The SFPD has filed an objection to a portion of defendant Danilo Velasquez's subpoena *duces tecum* served on June 23 (Dkt. No. 4676). Defendant Velasquez will have until Monday, **JULY 18 AT 5 P.M.** to file a response. The SFPD will have until FRIDAY, JULY 22 AT 5 P.M. to file a reply. A hearing on the objection will be held on **TUESDAY, JULY 26 AT 2 P.M.** in Courtroom 9. Counsel for the SFPD must be present.

　　　　**IT IS SO ORDERED.**

Dated: July 11, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE