IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILO VELASQUEZ, *et al.*<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR GOVERNMENT'S MOTION TO QUASH DEFENDANT VELASQUEZ'S SUBPOENA *DUCES TECUM* TO DCPD** |

The government has moved to quash defendant Danilo Velasquez's subpoena *duces tecum* served on the Daly City Police Department on June 23 (Dkt. No. 4738). Defendant Velasquez will have until **MONDAY, JULY 25 AT 5 P.M.** to file a response. The government will have until **FRIDAY, JULY 29 AT 5 P.M.** to file a reply.

A hearing on the motion will be held on **WEDNESDAY, AUGUST 3** immediately after the 2 p.m. status conference for the severed defendants. Note that this is a different hearing date than the date originally noticed by the government, which was not in accordance with Local Rule 47-2.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE