IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCO, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER CONTINUING STATUS CONFERENCE FOR SEVERED DEFENDANTS MANUEL FRANCO, LUIS HERRERA, DANIEL PORTILLO, AND DANILO VELASQUEZ** |

Due to a scheduling conflict, the August 3 status conference is continued to **WEDNESDAY, AUGUST 10 AT 2 P.M.** The motions previously scheduled to be heard during the August 3 status conference will now be heard after the status conference on August 10 (Dkt. Nos. 4738, 4782).

**IT IS SO ORDERED.**

Dated: July 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE