**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9  UNITED STATES OF AMERICA,                      No. CR 08-0730 WHA

10                    Plaintiff,

11       v.                                        **ORDER CONTINUING STATUS
                                                   CONFERENCE FOR SEVERED**
12  MANUEL FRANCO, *et al*.                        **DEFENDANTS MANUEL FRANCO,
                                                   LUIS HERRERA, DANIEL PORTILLO,**
13                    Defendants.                  **AND DANILO VELASQUEZ**

14  _____/

15       Due to a scheduling conflict and the possibility that a status report on defendant Daniel

16  Portillo will be unavailable before the currently-scheduled August 10 status conference, the

17  August 10 status conference is continued to **AUGUST 31 AT 2:30 P.M.** The severance motions

18  filed by defendants Luis Herrera and Manuel Franco will be heard at the rescheduled status

19  conference (Dkt. Nos. 4782, 4841). Responses to the severance motions must be filed by

20  **FRIDAY, AUGUST 19 AT 5 P.M.** Replies must be filed by **FRIDAY, AUGUST 26 AT 5 P.M.**

21       Hearing on the motions related to the defendant Danilo Velasquez's subpoenas to the

22  Daly City Police Department and the San Francisco Police Department will be rescheduled for

23  **TUESDAY, AUGUST 9 AT 2 P.M.** (Dkt. Nos. 4676, 4738). Counsel for the SFPD, Ronnie Wagner,

24  must be present.

25

26       **IT IS SO ORDERED.**

27

28  Dated:  August 3, 2011.
                                           _____
                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE