IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL PORTILLO, *et al*.

    Defendants.

——————————————————————/

No. CR 08-0730 WHA

**NOTICE RE DANIEL PORTILLO**

    Defendant Daniel Portillo has been found mentally competent to stand trial. Defendant Portillo will accordingly proceed to trial on October 17 with defendants Danilo Velasquez, Luis Herrera, and Manuel Franco, as previously contemplated (*see, e.g.* Dkt. No. 4469).

Dated: August 16, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE