IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANILO VELASQUEZ,<br><br>Defendant. | Case No.: CR 08-0730 WHA<br><br>[PROPOSED ORDER] SEALING SUGGESTED QUESTIONS FOR SFPD CONFIDENTIAL INFORMANT |

FOR GOOD CAUSE SHOWING, defendant Danilo Velasquez's Suggested Questions For SFPD Confidential Informant shall be filed *ex parte* and under seal.

**IT IS SO ORDERED.**

Dated: August 17, 2011.

_____
WILLIAM ALSUP
United States District Court Judge

1
Proposed Order