IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANILO VELASQUEZ, *et al*.<br><br>    Defendants.<br>                                              / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT VELASQUEZ'S REQUEST FOR RECONSIDERATION OF MOTION TO SUPPRESS STATEMENTS** |

Defendant Danilo Velasquez's request for reconsideration of his late-filed motion to suppress statements made to Daly City Police Officers Oglesby and Cisneros is **GRANTED**. Although this order explicitly rejects the argument that the scheduling orders were unclear regarding whether the deadline for suppression motions applied to motions to suppress statements under the Fifth or Sixth Amendments, counsel's sworn declaration that she had a mistaken belief about the deadline will be accepted (Schwartz Decl. ¶ 6).

The government is to file a response to the motion to suppress by **TUESDAY, SEPTEMBER 6 AT NOON** (Dkt. No. 4443). Any reply must be filed by **THURSDAY, SEPTEMBER 8 AT NOON**. A hearing on the motion will be held on **TUESDAY, SEPTEMBER 13 AT 2 P.M.** Additionally, by **WEDNESDAY, AUGUST 31 AT NOON**, defendant Velasquez shall submit a full transcript of the July 8 interview which includes the statements that defendant Velasquez seeks to suppress.

Dated: August 29, 2011.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE