United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DANILO VELASQUEZ, et al.,

        Defendants.

_____/

No. CR 08-0730 WHA

**ORDER GRANTING DEFENDANT DANILO VELASQUEZ'S REQUEST TO RESCHEDULE HEARING ON SUPPRESSION MOTION**

     Defendant Danilo Velasquez requests the September 13 hearing on his motion to suppress be rescheduled due to counsel unavailability. The request is **GRANTED**. The hearing will be held on **MONDAY, SEPTEMBER 12 AT 9 A.M.**

     **IT IS SO ORDERED.**

Dated: September 1, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE