1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

**United States District Court**
For the Northern District of California

10   UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA

11              Plaintiff,

12      v.                                         **ORDER RE SUBMISSION
                                                   OF REQUESTS FOR DAILY
13   MANUEL FRANCO, et al.,                        TRANSCRIPTS OR REAL TIME
                                                   FOR OCTOBER 17 TRIAL**
14              Defendants.
                                        /
15

16          Any request for daily transcripts or real time for the October 17 trial must be submitted to

17   the Courtroom Services Coordinator Deborah Campbell and, if applicable, CJA, by **WEDNESDAY,**

18   **SEPTEMBER 14 AT 5 P.M.**

19

20          **IT IS SO ORDERED.**

21

22   Dated:  September 1, 2011.

23                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
24
25
26
27
28