IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, et al.,<br><br>    Defendants.<br>                                        / | No. CR 08-0730 WHA<br><br>**NOTICE RE HARDSHIP LETTER AND QUESTIONNAIRE AND TIMELINE FOR REVIEW OF QUESTIONNAIRE RESPONSES** |

      The Court thanks counsel for their input regarding the hardship questionnaire and letter to be sent to prospective jurors. Appended hereto is a copy of the hardship questionnaire and letter that was sent to prospective jurors on September 2.

      In light of the requests by the government and defendant Luis Herrera to review hardship questionnaire responses, the Court will provide all counsel with hardship questionnaire responses by venirepersons claiming hardship except for those that will be excused for clear-cut excuse. These responses will be provided to counsel so that the parties may endeavor to enter into a stipulation regarding hardship excusals. The responses will be provided to counsel by the Jury Administrator on **FRIDAY, SEPTEMBER 30**. Any stipulation regarding hardship excusals must be submitted to the Court by **5 P.M. ON MONDAY, OCTOBER 3.** Counsel are urged to make their best efforts to ensure that the expenditure of court resources on this process is not fruitless.

Dated: September 6, 2011.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE

OFFICE OF THE CLERK
## United States District Court
northern district of california

RICHARD W. WIEKING  
CLERK

450 GOLDEN GATE AVENUE  
SAN FRANCISCO, CA 94102

September 2, 2011

Dear Prospective Juror:

Your name has been drawn at random as a prospective juror in this Court. Although you may not reside in San Francisco, you are still subject to jury service in this *federal* court, as the jurisdiction of the Northern District of California covers 15 counties.

During your service interval, a criminal prosecution of long duration is scheduled to begin trial. The sole purpose of the enclosed questionnaire is to assist the Court in determining your availability to serve as a juror in such a long case. Please complete the enclosed questionnaire and the juror information portion of your summons and return both in the enclosed envelope **no later than September 23, 2011.**

The policy of this Court is that prospective jurors, who are otherwise qualified for service, are excused only under very limited circumstances. You may be excused on request if:

(1) You are over 70 years of age;
(2) You reside more than 80 miles from the courthouse at 450 Golden Gate Avenue in San Francisco;
(3) You are responsible for the care of a child under the age of 12, an aged or infirm person and you are not otherwise employed; or
(4) You have served as a juror within the last year. Note that prior service is defined as having been required to report to the courthouse — not simply having been on-call. Any statement by another court excusing you for any period of time applies to that court only and has no effect on this summons.

All other requests to be excused will be reviewed by the Judge and may require supporting documentation as set forth in question two of the questionnaire.

You will receive written notification *ONLY* if your request to be excused is granted. All other prospective jurors shall follow the instructions on the enclosed summons. Please note that instead of excusing you, the Court may choose instead to postpone your service to a later date or to assign you to other shorter trials that may be scheduled to begin during your on-call period.

Serving on a case such as this is a service to your country and community. It is an important obligation of citizenship and is greatly appreciated by this Court.

Very truly yours,

RICHARD W. WIEKING, CLERK

By: _____
N. David Weir
Deputy Clerk/Jury Administrator

# AVAILABILITY TO SERVE QUESTIONNAIRE

*The Court requests that you answer the following questions relating to your availability to serve as a juror in a case of the following time commitment:*

**QUESTION ONE**

In this case, it may take approximately four months for presentation of the evidence, closing arguments, and for the jury to decide the case. Prospective jurors will report to the courthouse on **WEDNESDAY, OCTOBER 12, 2011**, for orientation and to complete a questionnaire and will return to the courthouse on **MONDAY, OCTOBER 17, 2011**, for jury selection. Jury selection may take several days. The selected jurors will then continue to return to court for the trial itself — which will begin immediately after or soon after jury selection is complete. During trial, the schedule for selected jurors will be Monday through Friday from 7:45 a.m. to 1:00 p.m., with appropriate comfort breaks, except that once jury deliberations begin, jurors would be expected to be available to work past 1:00 p.m. each day. *All selected jurors must be present in court each and every day of the trial*. The court believes the case will be completed by **FEBRUARY 24, 2012**, although this cannot be guaranteed.

The jury will have the following days off: Friday, November 11 (Veterans' Day); Wednesday, November 23 through Friday, November 25 (Thanksgiving); Friday, December 23 through Monday, January 2 (Christmas/New Year's holidays); Monday, January 16 (Dr. Martin Luther King, Jr. Birthday); and Monday, February 20 (George Washington's Birthday).

Are you available to serve as a juror in this case for the period of time described above?

☐ **YES**, I am available.

If your answer is yes, and you are currently employed, **have you specifically confirmed with your employer that you will receive full pay if you are selected to serve on this jury for as long as four months?** It is your responsibility to know the answer to this question.

   ____ **YES**      ____ **NO**

☐ **NO**, I am not available.
   [If you check this box, you MUST answer Question Two on the reverse page.]

**QUESTION TWO**

If you answered "no" to Question One, please explain below, in detail, why you cannot serve as a juror in this case for the time period described.  (If multiple reasons apply, please provide all reasons.)

1. If you have travel plans, you <u>must</u> provide your exact dates of travel, whether you have already purchased tickets, and whether the tickets are refundable.

2. If you claim financial hardship, you <u>must</u> set forth your employer's policy concerning paying you while on jury service.  Please note that hardship to your employer, patients, or students is NOT a basis for answering "no".  If you are self-employed, please explain why you cannot temporarily adjust your schedule.

3. If you claim child-care or elder-care needs, please indicate their ages and for any child(ren), please specify the earliest/latest times you can drop off/pick them up from a child care provider.  Explain why your relatives cannot handle this duty in your place.

4. If you are a student, you must set forth your daily class schedule.

5. If you claim medical disability, you must state the specific nature of the disability and why you believe it prevents you from serving.  If you are employed, you must state why you are able to work, but unable to serve as a juror.

6. If you claim prior jury service within the past 12 months, you must submit a certificate or other proof of attendance from the court in which you served, showing the date(s) you were physically present in court.  A copy of a summons is <u>not</u> acceptable.

_____
_____
_____
_____
_____
_____

YOUR NAME: _____
                          (*Printed*)

DAYTIME PHONE: _____   HOME PHONE: _____

OCCUPATION: _____   EMPLOYER: _____

*I hereby declare under pain and penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.*

DATE: _____       _____
                                              (*Your Signature*)