IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>                                    / | No. CR 08-0730 WHA<br><br>**ORDER RE SEALED FILINGS** |

     Counsel are reminded that sealed filings are to be the exception and not the norm. Counsel should not assume that any and all requests for sealing will be granted. If counsel wish to submit materials under seal, the materials must be accompanied by a sealing application that explains why the submission should be filed under seal. The application should also specify whether the opposing party agrees that the material should be filed under seal and should include a proposed sealing order. Generally, the sealing application and sealing order will not be filed under seal so that the public docket reflects when certain materials have been filed under seal and why.

     Counsel are also responsible for ensuring that sealed filings are filed and served prior to any pertinent deadline. A "placeholder" public filing specifying that a sealed filing will later be submitted does not excuse counsel's duty to ensure that the sealed filing is submitted in a timely fashion.

Dated: September 6, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE