IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING FOR DEFENDANT DANILO VELASQUEZ'S MOTION TO SUPPRESS STATEMENTS** |
| DANILO VELASQUEZ, *et al.* | |
| Defendants. / | |

The government will be given an extension to file its response to defendant Velasquez's motion to suppress statements made to Daly City Police Officers Oglesby and Cisneros (Dkt. Nos. 4443, 5021). The government's response must be filed by **TOMORROW, SEPTEMBER 8 AT 9 A.M.** The response must make sure to address whether any written *Miranda* waivers were signed by defendant Velasquez. Any reply must be filed by **FRIDAY, SEPTEMBER 9 AT NOON**. No further late submissions will be accepted as the hearing on the motion is scheduled for Monday morning.

Dated: September 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE