IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILO VELASQUEZ, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENSE REQUESTS FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE** |

With the exception of a stipulated extension for defendant Luis Herrera's forensic (DNA and fingerprint) expert disclosures, all requests for an extension of the defense expert disclosure deadline are **DENIED**. All counsel have had ample time to be prepared to comply with the September 9 deadline for defense expert disclosures and it will remain unchanged.

If, however, counsel for defendant Danilo Velasquez is expeditious in providing the government with an adequate report from his mental health/cultural expert and defendant Velasquez undergoes a court-ordered mental examination with the appropriate waivers and safeguards (as counsel has indicated he is willing to do), the Court may consider an application to excuse an untimely expert report by defendant Velasquez's mental health/cultural expert.

Dated: September 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE