IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING PRETRIAL CONFERENCE TO OCTOBER 5** |
| LUIS HERRERA, et al., | |
| Defendants. | |

Due to a scheduling conflict, the final pretrial conference in the above-captioned matter will be continued to **WEDNESDAY, OCTOBER 5 AT 2 P.M.** The briefing schedule for all motions to be heard at the pretrial conference will remain unchanged (Dkt. No. 4999).

**IT IS SO ORDERED.**

Dated: September 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE