IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANILO VELASQUEZ, *et al.*

Defendants.
                                            /

No. CR 08-0730 WHA

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO EXCLUDE EXPERT SKOVRAN**

Defendant Danilo Velasquez has filed a motion to exclude Agent Nikki Skovran, who testified in the trial of the non-severed defendants (Dkt. No. 5093). Defendant Manuel Franco has requested to join in the motion (Dkt. No. 5096).[*] As previously stated, the Court intends to rely on the record established during the prior evidentiary hearing and trial unless the parties establish a need for a further evidentiary hearing (Dkt. No. 4999 at 3). To that end, by **THURSDAY, SEPTEMBER 15 AT NOON**, Attorneys Horowitz and Green must submit a supplemental filing which specifies what new evidence not already in the record would be produced at a further evidentiary hearing and how this would change the *Daubert* analysis.

By **WEDNESDAY, SEPTEMBER 21 AT NOON**, the government must submit its response to defendant Velasquez's motion and any supplemental filings. Any reply must be submitted by **FRIDAY, SEPTEMBER 23 AT NOON**.

---

[*] Defendant Franco has been severed from his co-defendants and is proceeding to trial separately. The government should advise the Court if it does not intend to call Agent Skovran during defendant Franco's trial.

In the meantime, the parties should reserve **3 P.M. ON WEDNESDAY, SEPTEMBER 28** for a further evidentiary hearing. There is no guarantee, however, that the hearing will take place. After briefing is completed, the Court may rule on the papers and vacate the hearing.

**IT IS SO ORDERED**.

Dated:  September 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE