IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANILO VELASQUEZ, et al.,<br><br>  Defendants.<br>                                                             / | No. CR 08-0730 WHA<br><br>**ORDER RE REQUEST TO CONTINUE EVIDENTIARY HEARING ON MOTION TO SUPPRESS STATEMENTS** |

Attorney Jennifer Schwartz requests a continuance of tomorrow's evidentiary hearing because Dr. Gretchen White is "not available to testify" (Dkt. No. 5116). This request is **DENIED**. The evidentiary hearing will go forward as scheduled and all available witnesses that counsel wish to examine must be present. Whether a further evidentiary hearing will be held to hear testimony from any additional witness will be determined at a later date.

Dated: September 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE