IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PORTILLO, et al.,<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR GOVERNMENT MOTIONS TO EXCLUDE EXPERT TESTIMONY RE MENTAL DEFECT DEFENSE** |

The government has filed motions to exclude any expert testimony offered by defendants Daniel Portillo and Danilo Velasquez regarding any mental defect defense (Dkt. Nos. 5138, 5139). Any response by defendants Portillo or Velasquez must be filed by **WEDNESDAY, SEPTEMBER 28 AT NOON**. Responses must be accompanied by: (1) a declaration from counsel detailing what expert disclosures have been made and the date(s) of the disclosures; and (2) a copy of all disclosed material.

Any reply by the government must be filed by **FRIDAY, SEPTEMBER 30 AT NOON**. The motions will be heard at the October 5 pretrial conference.

**IT IS SO ORDERED**.

Dated: September 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE