IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILO VELASQUEZ, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF *DAUBERT* EVIDENTIARY HEARING** |

Due to the unavailability of Agent Nikki Skovran, the September 28 *Daubert* evidentiary hearing will be continued to **FRIDAY, OCTOBER 7 AT 2 P.M.** The Court is unavailable for an evidentiary hearing on October 12 and 13.

By **WEDNESDAY, SEPTEMBER 28 AT NOON**, the parties shall advise the Court if they intend to call any witnesses besides Agent Skovran at the evidentiary hearing. By the same date and time, the government shall confirm whether or not it intends to call Agent Skovran as a witness in the severed trial of defendant Manuel Franco.

**IT IS SO ORDERED**.

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE