IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS HERRERA, *et al.*,

    Defendants.

    /

No. CR 08-0730 WHA

**NOTICE RE ANONYMOUS JURY**

    Although an anonymous jury was empaneled for the April 4 trial, a decision has not yet been made as to whether an anonymous jury will be necessary for the October 17 trial. The Court is in receipt of defendant Luis Herrera's notice of objection to the use of an anonymous jury, but has not received a submission from the government on the issue (Dkt. No. 5154). If the government requests an anonymous jury, it must notify the Court by **FRIDAY, SEPTEMBER 30 AT NOON**. Any such notice must be accompanied by a brief explaining why the government believes an anonymous jury is necessary for the three defendants proceeding to trial on October 17. Responses — if any — must be submitted by **MONDAY, OCTOBER 3 AT NOON**. The matter will be heard at the pretrial conference.

    **IT IS SO ORDERED**.

Dated: September 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE