IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE SUBSTANTIVE JUROR QUESTIONNAIRE** |
| LUIS HERRERA, *et al*., | |
| Defendants. / | |

The undersigned proposed a substantive juror questionnaire for use at the October 17 trial which was almost identical to the questionnaire used for the April 4 trial (Dkt. No. 5080). All parties were invited to submit comments/objections. In response, defendant Luis Herrera reiterated his previously asserted objections and defendant Danilo Velasquez re-requested use of the voluminous questionnaire that was already rejected by the Court prior to the April 4 trial (Dkt. Nos. 2599, 5153, 5154). No defendant raised new issues that were not already considered by the Court in crafting the earlier questionnaire. The Court accordingly finds no reason to modify the proposed questionnaire, which is appended hereto.

**IT IS SO ORDERED**.

Dated: September 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**JUROR QUESTIONNAIRE**

This questionnaire will be used to assist the Court and the parties in this case to determine whether you should serve as a juror in this criminal case.

Please fill out this form in ink and answer each of the questions honestly and completely. There are no right or wrong answers. Your answers will be shared with the Court and the parties but will not be available to the public without a court order.

Do not write on the back of any page. If the space provided is not adequate for you to complete your answer, please continue your answer on the last page of the questionnaire.

**DECLARATION**

*I swear or affirm under penalty of perjury that the foregoing answers to the above questions are complete, true, and correct to the best of my knowledge and belief.*

YOUR NAME: _____     JUROR NUMBER: _____
                      (*Printed*)

DATED: _____     _____
                                      SIGNATURE

1. Juror Number: _____

2. City of Residence: _____ *(please do not list your address)*

3. Age: _____

4. Occupation: _____

5. If you are selected for the jury, will you have to report to work after 1 p.m. on trial days?

    ☐ Yes   ☐ No

6. How far did you go in school? _____

7. What languages do you understand? _____

8. Can you do the following fluently in English?

    a. Speak?   ☐ Yes   ☐ No

    b. Write?   ☐ Yes   ☐ No

    c. Read?    ☐ Yes   ☐ No

9. Have you or a loved one ever been a victim of a crime?

    ☐ Yes   ☐ No

    If yes, please describe: _____

    _____

10. Have you or a loved one ever had a particularly good or bad experience with law enforcement officers?

    ☐ Yes   ☐ No

    If yes, please describe: _____

    _____

11. This case involves allegations that the defendants were members of a gang known as MS-13 or La Mara Salvatrucha and that they conspired to commit and did commit various crimes, including murder, in the Mission District of San Francisco and other portions of the Bay Area. These are only allegations at this point and defendants are presumed to be innocent, unless the government proves the allegations beyond a reasonable doubt. What have you heard, seen, or read about this or the alleged gang?

    _____

United States District Court
For the Northern District of California

_____

_____

12. Has your life been affected by any gang activity?

☐ Yes   ☐ No

If yes, please explain: _____

_____

_____

_____

13. How do you feel about immigration from Central America and Mexico?

_____

_____

_____

_____

14. Do you have any opinion about crime, gangs, drugs, or violence — all of which are alleged in this case — that would interfere with your ability to be fair and impartial in deciding as a juror whether the prosecution proved its allegations?

☐ Yes   ☐ No

If yes, please explain: _____

_____

_____

_____

**ADDITIONAL SPACE FOR CONTINUED ANSWERS**

*If you could not sufficiently answer any question in the space above, please use the following space to continue your answer.  Please indicate the question number you are referring to.*

_____

_____

_____

_____