IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUIS HERRERA, *et al.*,<br><br>   Defendants.<br>                                                          / | No. CR 08-0730 WHA<br><br>**NOTICE RE SPEEDY TRIAL ACT** |

    The government is once again reminded that it bears the duty of protecting itself under the Speedy Trial Act. The undersigned does not monitor whether time limits are approaching and it is up to the government to bring speedy trial issues to the undersigned's attention.

**IT IS SO ORDERED**.

Dated: September 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE