IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANILO VELASQUEZ, *et al.*<br><br>    Defendants. | No. CR 08-0730 WHA<br><br>**ORDER DENYING REQUEST FOR SECOND CONTINUANCE OF *DAUBERT* EVIDENTIARY HEARING** |

The government requests a continuance of the October 7 *Daubert* evidentiary hearing because Agent Skovran is scheduled to testify in another case, *People v. Connelly*, on October 6. The request is **DENIED**. There are no alterative dates prior to trial on which both the Court and Agent Skovran are available for an evidentiary hearing. Although *People v. Connelly* is being tried in Orlando, if Agent Skovran completes her testimony on October 6, there are a number of flights available that would allow her to arrive in San Francisco in time for the scheduled hearing.

In the event that Agent Skovran's testimony in *People v. Connelly* does not conclude on October 6, the government must immediately notify the Court and all parties. To mitigate this risk, Agent Skovran is encouraged to request that her testimony be taken at the beginning of the proceedings on October 6.

**IT IS SO ORDERED**.

Dated: September 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE