IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANILO VELASQUEZ, *et al.*<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF *DAUBERT* EVIDENTIARY HEARING** |

The government moves to continue the *Daubert* evidentiary hearing for Agent Skovran, expressing willingness to hold the hearing after trial has commenced. For good cause shown, the *Daubert* evidentiary hearing for Agent Skovran will be continued to **OCTOBER 19 AT 2 P.M.**

Until the hearing is held and a ruling is issued regarding Agent Skovran, the government may not refer to her proposed testimony or any cell-site evidence without prior authorization by the undersigned.

**IT IS SO ORDERED**.

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE