IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE IMPANELMENT OF ANONYMOUS JURY** |
| LUIS HERRERA, *et al*. | |
| Defendants. / | |

As the government has withdrawn its request for impanelment of an anonymous jury, the jury for the October 24 trial will not be anonymous (Dkt. No. 5219). Nonetheless, certain safeguards must be put into place to ensure juror safety during the upcoming trial.

*First*, juror names and identifying information (e.g. employer name, county of residence) must be redacted from all publicly-filed trial transcripts and court filings. Any unredacted documents containing such information must be filed under seal and may not be shared with anyone except for counsel and support staff working on the above-captioned matter. Defendants may not be given a hard copy of any document that does not have juror names and identifying information redacted.

*Second*, after the jury is selected, all counsel and court staff shall refer to jurors by seat numbers, rather than by name.

Dated: October 11, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE