IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS HERRERA, *et al.*,<br><br>    Defendants.<br>                                           / | No. CR 08-0730 WHA<br><br>**PROTECTIVE ORDER RE<br>JUROR QUESTIONNAIRES** |

On **THURSDAY, OCTOBER 13**, counsel will be given access to the substantive questionnaires completed by prospective jurors. In order to protect the safety and privacy of the prospective jurors, each defense team may only make one copy of each substantive questionnaire. Immediately after the jury is selected, all questionnaire copies must be shredded and all counsel must confirm via declaration that the copies were destroyed. Counsel must be careful to ensure the questionnaire copies are stored in a secure location until they are destroyed.

The questionnaires may only be viewed by counsel and support staff (associates, paralegals, investigators) who are directly assisting counsel with voir dire preparation in the above-captioned matter. The questionnaire copies may not be given to any defendant nor may the names and counties of residence of the prospective jurors be shared with any defendant.

**IT IS SO ORDERED**.

Dated: October 11, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE