IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE FRCrP 11(c)(1)(C) PLEAS** |
| LUIS HERRERA, *et al*., | |
| Defendants. | |

With the assistance of Magistrate Judge Joseph Spero, the parties have been discussing possible resolutions for many weeks. Given that the trial date is October 24, the deadline for any FRCrP 11(c)(1)(C) pleas will be the afternoon of Wednesday, October 19. Thursday, October 20 will be consumed by other hearings after which the undersigned judge will be out of the district, including on Friday, October 21.

**IT IS SO ORDERED**.

Dated: October 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE