IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUIS HERRERA, *et al*.<br><br>　　　　Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**NOTICE TO PARTIES RE MISSED DEADLINE FOR STIPULATED SUMMARY OF INDICTMENT AND LIMITING INSTRUCTION** |

　　　　The parties are reminded that they were to submit a stipulated summary of the indictment to be read to the jurors at the beginning of the trial, a copy of which will also be given to the jurors for their reference (Dkt. No. 5230 at 4). The parties were also to submit a stipulated limiting instruction regarding evidence of acts or events that occurred prior to defendant Luis Herrera's alleged entry into the charged conspiracies (*id*. at 6).

　　　　The parties shall please file the aforementioned, overdue items by **NOON TOMORROW, OCTOBER 20**. If the parties are unable to reach a stipulation on either item, each party must still submit their proposed language for the indictment summary and limiting instruction.

Dated: October 19, 2011.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE