IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUIS HERRERA, *et al*.,<br><br>   Defendants.<br>———————————————————/ | No. CR 08-0730 WHA<br><br>**ORDER ADOPTING PARTIES' STIPULATION TO STRIKE CERTAIN VENIREPERSONS FOR CAUSE** |

The parties have stipulated to strike eighteen venirepersons for cause based on their substantive questionnaire responses. The Court adopts the parties' stipulation and excuses from service those venirepersons listed in the stipulation.

**IT IS SO ORDERED.**

Dated: October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE