IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILO VELASQUEZ, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE MOTION TO EXCLUDE TESTIMONY BY CELL-SITE EXPERT AGENT NIKKI SKOVRAN** |

As stated at the conclusion of yesterday's evidentiary hearing, defendant Danilo Velasquez's motion to exclude testimony by cell-site expert Agent Nikki Skovran is **DENIED** (Dkt. No. 5093). Defendant Velasquez's *Daubert* and Rule 403 objections to Agent Skovran's proposed testimony are overruled. The government has demonstrated that Agent Skovran is qualified to testify as an expert and that Agent Skovran's proposed opinions were derived from a reliable methodology that was reliably applied to sufficient data.

Defendant Manuel Franco moved to join in the motion and sought an opportunity to examine Agent Skovran at an evidentiary hearing (Dkt. Nos. 5096, 5114, 5152). The joinder motion is **GRANTED**. Counsel was afforded an opportunity to examine Agent Skovran at yesterday's hearing.

Dated: October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE