IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS HERRERA, *et al*.

Defendants.

No. CR 08-0730 WHA

**ORDER RE GOVERNMENT RESPONSE TO DEFENDANT HERRERA'S MOTION TO DISMISS**

By **5 P.M. ON SUNDAY, OCTOBER 23**, the government shall file a response to defendant Luis Herrera's motion to dismiss (Dkt. No. 5251).

**IT IS SO ORDERED**.

Dated: October 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE