IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS HERRERA, *et al.*,<br><br>  Defendants.<br>                                                           / | No. CR 08-0730 WHA<br><br>**NOTICE RE OUTLINE OF INDICTMENT FOR JURORS** |

  Appended hereto is a revised indictment summary that incorporates prior comments received from counsel. Absent further objection, the summary will be distributed to the jurors. If any party objects to the current version of the summary or to the use of *any* summary, the objection should be raised during tomorrow morning's session.

Dated: October 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# OUTLINE OF CHARGES IN THE INDICTMENT

**COUNT ONE:** *RICO Conspiracy*

Alleges that **LUIS HERRERA** and **DANILO VELASQUEZ** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to conduct and participate directly and indirectly in the affairs of an "enterprise" (alleged here to be MS-13) through a "pattern of racketeering activity," including: murder, attempted murder, extortion, illegal drug sales, witness retaliation, obstruction of justice, robbery, interstate transportation of stolen vehicles, and other specified crimes. As part of the alleged conspiracy, each defendant is alleged to have agreed that a coconspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

*Note: each subsequent count incorporates this count's allegation that MS-13 constituted an enterprise engaged in racketeering activity.*

**COUNT TWO:** *Conspiracy to Commit Murder in Aid of Racketeering*

Alleges that **LUIS HERRERA** and **DANILO VELASQUEZ** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to commit murder of actual and suspected rival gang members and individuals suspected of cooperating with law enforcement for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT THREE:** *Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering*

Alleges that **LUIS HERRERA** and **DANILO VELASQUEZ** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to commit assault with a dangerous weapon of actual and suspected rival gang members and individuals suspected of cooperating with law enforcement for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT FOUR:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that at least since the mid-1990's and continuing to the present, **DANILO VELASQUEZ** — together with others known and unknown — unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to the crimes of violence charged in Counts One, Two, and Three — and did possess, brandish, and discharge the firearm in furtherance of those offenses.

**COUNT EIGHTEEN:** *Murder in Aid of Racketeering*

Alleges that on or about February 19, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, knowingly, and intentionally did deliberately and with premeditation murder **Moises Frias** for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT NINETEEN:** *Use/Possession of Firearm in Furtherance of Crime of Violence Resulting in Murder*

Alleges that on or about February 19, 2009, **LUIS HERRERA** unlawfully, wilfully, and knowingly, during and in relation to the murder in aid of racketeering of **Moises Frias**, did use and carry a firearm and did possess a firearm in furtherance of that crime, and in the course of that crime murdered Moises Frias through the use of the firearm.

**COUNT TWENTY:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about February 19, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Milton Mendieta** for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-ONE:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about February 19, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Jason Mendieta** for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-TWO:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about February 19, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Jesus Arjona** for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-THREE:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about February 19, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to the murder in aid of racketeering of Moises Frias charged in Count Eighteen, and the attempted murders in aid of racketeering of Milton Mendieta, Jason Mendieta, and Jesus Arjona charged in Counts Twenty, Twenty-One, and Twenty-Two — and did possess, brandish, and discharge the firearm in furtherance of those offenses.

**COUNT TWENTY-FOUR:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about March 4, 2009, **LUIS HERRERA** — together with others known and unknown — unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to the crimes of violence charged in Counts One, Two, and Three — and did possess, brandish, and discharge the firearm in furtherance of those offenses.