MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

C DAVID HALL (CABN 66081)
WIL FRENTZEN (CASB 124940)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7168
    Facsimile: (415) 436-6753
    E-Mail: david. hall2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LUIS HERRERA and <br> DANILO VELASQUEZ, <br><br> Defendants. | No. S3-08-CR-0730-WHA <br><br> STIPULATED PROTECTIVE ORDER RE: MENTAL EXAMINATIONS OF DEFENDANTS |

    1.    Defendant Danilo Velasquez has filed notice pursuant to Rule 12.2(b) of his intent to introduce mental condition expert testimony bearing on issues of guilt, punishment, and/or demeanor at trial. The Government moved for a court-ordered mental evaluation of the defendants. The Court granted that request.

    2.    Defendants asserted that they are entitled to notice of the tests to be conducted by the Government's mental condition expert. The Government argued that prior notice of any tests

could impair the effectiveness of the testing and aid defendants in malingering. By order dated February 7, 2011, the Court issued an order stating that the Government must provide notice of the tests to be conducted by its mental condition expert; however defense counsel may not share this information with the respective defendants prior to the test.

3. Accordingly, pursuant to this Stipulated Protective Order, no later than four days before each scheduled examination, the Government will provide notice to defense counsel of any tests to be conducted by its mental condition expert. Such information will be deemed protected information ("Protected Mental Health Information"). Dissemination and possession of the Protected Mental Health Information shall be limited to the following persons ("Authorized Persons"):

    a) counsel for Danilo Velasquez (the "Defendant");

    b) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by counsel for the Defendant;

    c) independent expert witnesses, investigators, translators, or advisors retained by the Defendant in connection with this action; and

    d) such other persons as hereafter may be authorized by the Court upon motion by the Defendant.

Counsel for the defendant shall provide a copy of this order to the Authorized Persons designated to obtain Protected Mental Health Information pursuant to paragraphs 3(b)-(d). All Authorized Persons shall be subject to the terms of this Order. All Authorized Persons shall be responsible for ensuring that the Protected Mental Health Information not be disseminated to and/or possessed by anyone not authorized by this protective order to receive or possess the Protected Mental Health Information. Authorized Persons shall not provide any information about the tests described within the Protected Mental Health Information to the Defendants, or any other defendant in this case.

4. The Government's mental condition expert will not administer any test that was not previously disclosed to Defendant.

5. Possession and use of the Protected Mental Health Information by the Authorized

Persons are only for the purpose of preparing for and trying the criminal case of the Defendant, and for no other purpose.

IT IS SO STIPULATED.

DATED: October 24, 2011

MELINDA HAAG
United States Attorney

By: /s/
C. David Hall
Assistant United States Attorney

DATED: October 24 , 2011

By: /s/
Daniel Horowitz
Counsel for DANILO VELASQUEZ

IT IS SO ORDERED.

Dated: October 28, 2011

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT

**Stipulated Protective Order re Mental Examinations of Defendants**
*United States v. Cerna, et al.*, CR 08-0730 WHA -3-