IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>LUIS HERRERA, *et al*.,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER RE SFPD CONTACT PERSON WHILE ATTORNEY WAGNER IS UNAVAILABLE** |

　　　Attorney Ronnie Wagner has filed notice that she will be unavailable for all purposes from November 4 to November 14 due to a pre-approved vacation and jury duty (Dkt. No. 5313). By **TOMORROW AT NOON**, Attorney Wagner shall file a notice specifying a contact person at the SFPD who the parties may contact in her absence, if necessary.

　　　Of course, any pending deadlines for the SFPD, such as deadlines for subpoena returns, are not excused by Attorney Wagner's unavailability.

**IT IS SO ORDERED.**

Dated: November 3, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE