IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUIS HERRERA, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. CR 08-0730 WHA<br><br>**ORDER RE SUBMISSION OF PROPOSED JURY INSTRUCTIONS** |

　　　Proposed jury instructions must be submitted by **10 P.M. ON THURSDAY, NOVEMBER 10**. If it is requested that an instruction from the April 4 trial be given in the instant trial, it shall be sufficient to identify the requested instruction by its number (*see* Dkt. No. 4989).

　　　**IT IS SO ORDERED.**

Dated:  November 3, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE