MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

C. DAVID HALL (CABN 66081)
WIL FRENTZEN (CABN 124940)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: david.hall2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> DANILO VELASQUEZ, ) <br> ) <br>    Defendant. ) <br> ) | No. S3-08-CR-0730-WHA <br><br> ~~[PROPOSED]~~ ORDER RE: MEDICAL RECORDS RELEASE |

     Defendant Danilo Velasquez has filed notice pursuant to Rule 12.2(b) of his intent to introduce mental condition expert testimony bearing on issues of guilt, punishment, and/or demeanor at trial. Further the defendant has informed the court that it will call his mental health expert in his defense during the on-going jury trial. The Government moved for a court-ordered mental evaluation of the defendant. The Court has granted that request.

     The Government has requested that the facilities housing the Danilo Velasquez release

-2-

1  the medical, administrative, disciplinary, and psychiatric records of the defendant so that the
2  Government's mental health expert can review the records for the purpose of evaluating the
3  defendant's mental condition.
4      IT IS SO ORDERED THAT the medical, administrative, disciplinary, and psychiatric
5  records of Defendant Danilo Velasquez be released forthwith to the Government by the facilities
6  housing the Danilo Velasquez for review by the Government's mental health expert  health
7  expert for the purpose of evaluating Danilo Velasquez' mental condition.

9  Dated: November 15, 2011  _____
10                                            WILLIAM ALSUP
                                          United States District Judge