IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANILO VELASQUEZ, *et al*.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT RESPONSE TO DEFENDANT VELASQUEZ'S MOTION TO DISMISS FOR GRAND JURY MISCONDUCT** |

　　　　As stated during today's proceedings, the government is to file a response to defendant Danilo Velasquez's motion to dismiss for grand jury misconduct by **5 P.M. TOMORROW, NOVEMBER 16**. The motion will be heard at 7:30 a.m. on Thursday, November 17.

　　　　**IT IS SO ORDERED.**

Dated: November 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE