UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>DANILO VELASQUEZ,  )<br>  )<br>    Defendants.  )<br>  ) | Case No.: CR 08-730 WHA<br><br>[(CORRECTED) PROPOSED] ORDER GRANTING DANILO VELASQUEZ'S APPLICATION TO SEAL SECOND MOTION TO DISMISS FOR GRAND JURY MISCONDUCT; ATTACHED EXHIBITS A-J AND DECLARATION OF COUNSEL |

IT IS HEREBY ORDERED that Defendant Velasquez's Second Motion To Dismiss For Grand Jury Misconduct, the attached Declaration of Jennifer Schwartz and Exhibits A-J shall be filed under seal.

IT IS SO ORDERED.

DATED: _November 15, 2011._    _____
                                Honorable William H. Alsup
                                United States District Court

[(CORRECTED) PROPOSED] ORDER GRANTING DANILO VELASQUEZ'S APPLICATION TO SEAL SECOND MOTION TO DISMISS FOR GRAND JURY MISCONDUCT