United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DANILO VELASQUEZ, *et al*.,

        Defendants.

_____/

No. CR 08-0730 WHA

**ORDER UNSEALING DEFENDANT VELASQUEZ'S MOTION TO DISMISS**

     The parties have agreed that defendant Danilo Velasquez's November 14 motion to dismiss for grand jury misconduct may be unsealed. The motion and its attachments are accordingly unsealed.

     **IT IS SO ORDERED**.

Dated: November 18, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE