IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DANILO VELASQUEZ.

    Defendant.

/

No. CR 08-0730 WHA

**SPECIAL VERDICT FORM**

## COUNT ONE

1A. Has the government proven defendant Danilo Velasquez guilty beyond a reasonable doubt of conspiring to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity in violation of 18 U.S.C. 1962(d), as alleged in Count One?

YES, GUILTY   NO, NOT GUILTY
__X__         _____

*Please answer the following question only if you answered "Yes, Guilty" in Question 1A:*

1B. Has the government further proven beyond a reasonable doubt that defendant Danilo Velasquez knowingly and intentionally agreed and understood that the pattern of racketeering activity would include any of the following offenses? If the government has so proven one or more such acts, write "Yes" in the space(s) indicated. If not, then write "No" in the appropriate space(s).

MURDER         CONSPIRACY TO COMMIT MURDER
__YES__        __YES__

## COUNT TWO

2. Has the government proven defendant Danilo Velasquez guilty beyond a reasonable doubt of conspiring to commit murder in aid of racketeering in violation of 18 U.S.C. 1959(a)(5), as charged in Count Two?

YES, GUILTY   NO, NOT GUILTY
__X__         _____

## COUNT THREE

3. Has the government proven defendant Danilo Velasquez guilty beyond a reasonable doubt of conspiring to commit assault with a dangerous weapon in aid of racketeering in violation of 18 U.S.C. 1959(a)(6), as charged in Count Three?

YES, GUILTY   NO, NOT GUILTY
__X__         _____

*Please answer the following question only if you answered "Yes, Guilty" to Question 1A, 2, or 3:*

## COUNT FOUR

4. Has the government proven beyond a reasonable doubt that defendant Danilo Velasquez knowingly possessed a firearm in furtherance of Counts One, Two or Three in violation of 18 U.S.C. 924(c), as charged in Count Four?

YES, GUILTY   NO, NOT GUILTY
__X__         _____

DATED: 11/29/11   FOREPERSON SIGNATURE: _[signature]_