<strong>United States District Court</strong><br/>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 08-00730 WHA |
| v. | |
| DANILO VELASQUEZ, | **ORDER RE REQUEST FOR DOCUMENTS** |
| Defendant. | |

Defendant Danilo Velasquez has filed a *pro se* letter requesting a copy of the docket in his criminal case and for the names arresting officers. No payment for the request was provided. Accordingly, the letter request is **DENIED**. Should defendant wish to receive copies of documents, please contact the Clerk for instructions on how to obtain copies of documents and how to send proper payment for such copies.

**IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE