JASON S. NELSON (SBN 233510)
ATTORNEY AT LAW
333 Laverne Avenue
Mill Valley, CA 94941
Telephone:  415.259.8311
Facsimile:   415.388.4612
Email: jsnelsonesq@yahoo.com

Attorney for Defendant
DANILO VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-08-00730 WHA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ASSISTANT COUNSEL |
| v. ) | |
| DANILO VELASQUEZ, et al., ) | Date:   Tuesday, February 28, 2017 |
| Defendant. ) | Time:   2:00 p.m. |
| ) | Judge:  Hon. William H. Alsup |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Jason S. Nelson's Motion to Withdraw as Assistant Counsel is GRANTED, and Jason S. Nelson is hereby relieved as counsel for Defendant Danilo Velasquez in the instant case.

DATED: February 27, 2017.            _____
                                      William H. Alsup, Judge
                                      Unites States District Court